# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER, | CASE NO. 1:03-CV-5678-SMS-P |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT |
| v. | |
| WACKENHUT CORRECTIONS CORPORATION, et al., | (Doc. 50) |
| Defendants. / | |

Plaintiff Frederick Winzer ("plaintiff") is a federal prisoner proceeding pro se. Plaintiff seeks relief pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On July 28, 2005, plaintiff filed an amended complaint. (Doc. 50.) Defendants Andrews, Barnes, Akanno, and Sterling did not file a timely response to plaintiff's amended complaint.[1] (Doc. 47.) The parties are reminded that the schedule set forth in the order of March 22 remains in place.

///
///
///
///
///

---

[1] Wackenhut Corrections Corporation, Richard Wackenhut, and George Wackenhut were not named as defendants in the amended complaint and have therefore been dropped as parties to this action.

1

1   Defendants Andrews, Barnes, Akanno, and Sterling have **thirty (30) days** from the date of
2   service of this order to comply with the order of March 22 by filing a response to plaintiff's amended
3   complaint. The failure to do so may result in the imposition of sanctions, including entry of default.

5   IT IS SO ORDERED.

6   **Dated:   September 21, 2005**            /s/ Sandra M. Snyder
    icido3                                     UNITED STATES MAGISTRATE JUDGE