# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER, | CASE NO. 1:03-CV-5678-SMS-P |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTIONS FOR EXTENSION OF TIME AND FOR SCREENING OF AMENDED COMPLAINT BY COURT, AS MODIFIED BY THIS ORDER |
| v. | |
| WACKENHUT CORRECTIONS CORPORATION, et al., | |
| | (Doc. 52 and 53) |
| Defendants. | |

Plaintiff Frederick Winzer ("plaintiff") is a federal prisoner proceeding pro se. Plaintiff seeks relief pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Pursuant to the Court's order of March 22, 2005, plaintiff filed an amended complaint on July 28, 2005. On September 22, 2005, the Court ordered defendants Andrews, Barnes, Akanno, and Sterling ("defendants") to file a response to the amended complaint. On October 26, 2005, defendants filed a motion seeking an extension of time to file a response to the amended complaint, and a motion seeking screening of the amended complaint by the Court pursuant to 28 U.S.C. § 1915A.

Defendants' two motions shall be resolved as follows. As set forth in the Court's order of March 22, the Court is aware of its duty to screen complaints, and the Court shall do so in due course.[1] Defendants are relieved of their obligation to file a response to the amended complaint until

///

---

[1] The Court has a large number of prisoner civil rights cases pending before it.

1

1  the Court has screened it, determined which claims are cognizable against which defendants, and
2  provided defendants with further instruction concerning the deadline for a response.
3       Defendants' concern over locating certain unserved defendants, set forth in their motion for
4  an extension of time, is unwarranted. The Court ordered only those defendants who have been
5  served to respond. Defendants' counsel was at no time directed to respond on behalf of any unserved
6  defendants named in the amended complaint.
7       Accordingly, it is HEREBY ORDERED that:
8       1. Defendants' motions for an extension of time to respond to the amended complaint
9       and for screening of the amended complaint, filed October 26, 2005, are GRANTED;
10      and
11      2. Defendants are relieved of their obligation to respond to the amended complaint until
12      it has been screened by the Court and they have received further instruction from the
13      Court.
14
15 IT IS SO ORDERED.
16 **Dated:   December 12, 2005**          /s/ Sandra M. Snyder
17 icido3                                  UNITED STATES MAGISTRATE JUDGE