# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FREDERICK WINZER,

                Plaintiff,

   v.

WACKENHUT CORRECTIONS
CORPORATION, et al.,

                Defendants.

_____/

CASE NO. CV-F-03-5678-SMS-P

ORDER DISMISSING DEFENDANTS
SIMONSON AND GIRGIS, AND CLAIM
AGAINST THEM, WITHOUT PREJUDICE
(Doc. 50)

ORDER REQUIRING DEFENDANTS
ANDREWS, BARNES, AKANNO, AND
STERLING TO FILE RESPONSE TO
AMENDED COMPLAINT WITHIN THIRTY
DAYS (Doc. 50)

I.    Order

      Plaintiff Frederick Winzer ("plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The action was removed to this court by defendants Andrews and Sterling on May 23, 2003, and defendants Andrews, Sterling, Wackenhut Corrections Corporation, Richard Wackenhut, George Wackenhut, Barnes, and Akanno filed a motion for summary judgment on March 12, 2004. On December 23, 2004, the court denied defendants' motion for summary judgment on the ground that defendants failed to meet their burden as the moving parties and this matter was set for trial. The scheduling order was subsequently vacated and plaintiff was given leave to amend his complaint. Following several extensions of time, plaintiff filed an amended complaint on July 28, 2005. Defendants were relieved of their obligation to respond to the amended complaint pending screening by the court.

1    On April 5, 2006, the court issued an order screening plaintiff's amended complaint, finding

2    that it stated a cognizable claim for relief against defendants Andrews, Barnes, Akanno, Sterling, and

3    Steward for violation of the Eighth Amendment, and finding that it did not contain a cognizable

4    Eighth Amendment claim against defendants Simonson and Girgis.  The court  ordered plaintiff to

5    either file a second amended complaint curing the deficiencies or notify the court

6    if he did not wish to file a second amended complaint and wished to proceed only against defendants

7    Andrews, Barnes, Akanno, Sterling, and Steward for violation of the Eighth Amendment.  On May

8    3, 2006, plaintiff notified the court that he does not intend to file a second amended complaint and

9    wishes to proceed only against defendants Andrews, Barnes, Akanno, Sterling, and Steward for

10   violation of the Eighth Amendment.

11   Accordingly, for the reasons set forth in the court's screening order of April 5, 2006, and

12   based on plaintiff's decision not to file a second amended complaint, it is HEREBY ORDERED that:

13   1.    Defendants Simonson and Girgis, and the Eighth Amendment claim against them,

14          are DISMISSED, without prejudice;

15   2.    This action shall proceed on plaintiff's amended complaint, filed July 28, 2005,

16          against defendants Andrews, Barnes, Akanno, Sterling, and Steward on plaintiff's

17          Eighth Amendment medical care claim; and

18   3.    Defendants Andrews, Barnes, Akanno, and Sterling shall file a response to plaintiff's

19          amended complaint within **thirty (30) days** from the date of service of this order.[1]

20

21   IT IS SO ORDERED.

22   **Dated:    May 5, 2006**              **/s/ Sandra M. Snyder**
     icido3                               UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27
     ───────────────
28
         [1] Defendant Steward has not been served.  In a separate order issued concurrently with this order, the court
     shall direct the United States Marshal to initiate service of process on Steward.