# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER, | CASE NO. 1:03-CV-5678-SMS-P |
| Plaintiff, | ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE WITHOUT PREPAYMENT OF COSTS |
| v. | |
| WACKENHUT CORRECTIONS CORPORATION, et al., | |
| Defendants. | |

    Plaintiff Frederick Winzer ("plaintiff") is a federal prisoner proceeding pro se. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. It is HEREBY ORDERED that:

1.     The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1)    One completed and issued summons for <u>each</u> defendant to be served;

    (2)    One completed USM-285 form for <u>each</u> defendant to be served;

    (3)    One copy of the amended complaint filed on July 28, 2005 for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (4)    One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (5)    One copy of the court's consent form for <u>each</u> defendant to be served.

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

   **BARBARA STEWARD, PRESENT OR FORMER ACTING ASSISTANT WARDEN OF PROGRAMS**

3. The U. S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The U. S. Marshal shall file the returned waiver of service, or the waiver if returned as undeliverable, as soon as it is received.

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the U.S. Marshal shall:

   a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from Taft Correctional Institution (TCI) to execute this order. The U.S. Marshal shall maintain the confidentiality of all information provided by the TCI pursuant to this order.

   b. Within ten days after personal service is effected, the U. S. Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

///

///

6.  In the event that defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the U. S. Marshal need not personally serve defendant.

7.  In the event that defendant either waives service or is personally served, defendant is required to reply to the complaint.  42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:    May 5, 2006**                           /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE