# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER,<br><br>          Plaintiff,<br><br>     v.<br><br>WACKENHUT CORRECTIONS CORPORATION, et al.,<br><br>          Defendants.<br>_____ / | CASE NO. 1:03-cv-05678-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED, WITH PREJUDICE |

On April 26, 2007, defendants filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed a response to the motion. Local Rule 78-230(m). Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to defendants' motion within **thirty (30) days** from the date of service of this order or this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:   June 21, 2007**                              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1