1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  FREDERICK WINZER,                              CASE NO. 1:03-cv-05678-SMS PC

10             Plaintiff,                         ORDER GRANTING PLAINTIFF'S MOTION
                                                  FOR A THIRTY-DAY EXTENSION OF TIME
11     v.                                         TO FILE A RESPONSE TO DEFENDANTS'
                                                  MOTION FOR SUMMARY JUDGMENT
12  WACKENHUT CORRECTIONS
    CORPORATION, et al.,                          (Docs. 81 and 82)
13
               Defendants.
14  _____/

15

16          Plaintiff Frederick Winzer ("plaintiff") is a federal prisoner proceeding pro se.  Plaintiff seeks

17  relief pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S.

18  388 (1971), which provides a remedy for violation of civil rights by federal actors.  Defendants filed

19  a motion for summary judgment on April 26, 2007.  Plaintiff was ordered to file a response on June

20  21, 2007.  On July 24, 2007, plaintiff filed a motion seeking an extension of time to file a response

21  to defendants' motion.

22          Plaintiff's motion is HEREBY GRANTED, and plaintiff has **thirty (30) days** from the date

23  of service of this order within which to file a response to defendants' motion, in compliance with the

24  court's order of June 21, 2007.

25

26  IT IS SO ORDERED.

27  **Dated:    July 27, 2007**                      **    /s/ Sandra M. Snyder    **
                                                  UNITED STATES MAGISTRATE JUDGE

28

1