# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER,<br><br>        Plaintiff,<br><br>   v.<br><br>WACKENHUT CORRECTIONS CORPORATION, et al.,<br><br>        Defendants.     / | CASE NO. 1:03-cv-05678-SMS PC<br><br>ORDER NOTIFYING PLAINTIFF OF COUNSEL'S WILLINGNESS TO UNDERTAKE REPRESENTATION, AND PROVIDING PLAINTIFF FIFTEEN DAYS WITHIN WHICH TO OBJECT |

Plaintiff Frederick Winzer ("Plaintiff") is a federal prisoner proceeding pro se. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Pursuant to the Court's order of October 5, 2007, the Court has undertaken to locate counsel willing to voluntarily represent Plaintiff for the remainder of these proceedings. Philip Bourdette, Esquire, has indicated his willingness to accept appointment pursuant to General Order Number 230.

Prior to the appointment of Mr. Bourdette, Plaintiff shall be given the opportunity to object to the appointment. If no objection is filed, the Court will issue an order appointing Mr. Bourdette as Plaintiff's counsel, and will set a status conference.

Accordingly, it is HEREBY ORDERED that:

1. If Plaintiff objects to the appointment of Mr. Bourdette as his counsel for the remainder of these proceedings, he must notify the Court in writing within **fifteen (15) days** from the date of service of this order;

1

2. If the fifteen-day period expires without objection, the Court will issue an order appointing Mr. Bourdette pursuant to General Order Number 230 and will set a status conference; and

3. The Clerk's Office shall serve a courtesy copy of this order on:

> Philip Bourdette, Esq.
> Bourdette & Partners
> 2924 West Main Street
> Visalia, California 93291-5731.

IT IS SO ORDERED.

**Dated:    June 20, 2008**               /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE