# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WACKENHUT CORRECTIONS<br>CORPORATION, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-05678-SMS PC<br><br>ORDER APPOINTING PHILIP BOURDETTE AS COUNSEL FOR PLAINTIFF PURSUANT TO GENERAL ORDER 230<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF THIS ORDER ON PLAINTIFF AS NOTICE THAT APPOINTMENT HAS OCCURRED<br><br>ORDER SETTING TELEPHONIC TRIAL SETTING HEARING<br><br>Date:　　October 7, 2008<br>Time:　　10:30 a.m.<br>Courtroom:　7 (SMS) |

　　　　Plaintiff Frederick Winzer ("Plaintiff") is a federal prisoner proceeding pro se. Plaintiff seeks relief pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on Plaintiff's amended complaint, filed July 28, 2005, against Defendants Andrews, Barnes, Akanno, Sterling, and Steward on Plaintiff's Eighth Amendment medical care claims. After careful consideration, the Court finds that this case warrants the appointment of counsel pursuant to General Order 230. Plaintiff was provided with notice and an opportunity to be heard concerning the appointment of Philip Bourdette, and no objection has been submitted. Accordingly, by this order, Mr. Bourdette shall be appointed as counsel of record for Plaintiff for the remainder of the

1  proceedings in the district court. Expenditures must be pre-approved, and counsel is directed to
2  General Order 230 for the applicable guidelines and requirements.
3        This matter is ready to be set for trial. Plaintiff will most likely need some time for trial
4  preparation, including but not limited to making determinations regarding expert witnesses. As the
5  parties were notified, the Court shall set this matter for a telephonic trial setting hearing. To allow
6  sufficient time for the parties to prepare, the hearing shall be set for October 7, 2008, at 10:30 a.m.
7  Unless the parties notify Courtroom Deputy Harriet Herman otherwise, participation shall be
8  telephonic. The parties must set up a conference call and initiate the call to (559) 499-5690.
9        Accordingly, it is HEREBY ORDERED that:
10     1.    Pursuant to General Order 230, Philip Bourdette of Bourdette & Partners is appointed
11         to represent Plaintiff for the remainder of the proceedings in the district court;
12     2.    The Clerk's Office shall serve a copy of this order on Plaintiff so that he is aware the
13         appointment of counsel has occurred; and
14     3.    This matter is set for a telephonic trial setting conference on October 7, 2008, at
15         10:30 a.m. before the undersigned in Courtroom 7.
16
17 IT IS SO ORDERED.
18 **Dated:   July 22, 2008**              /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28