# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAYMOND ANDREWS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-05678-SMS PC<br><br>**ORDER CONTINUING TELEPHONIC TRIAL SETTING HEARING TO DECEMBER 16, 2008, AT 10:30 A.M., AND DIRECTING PARTIES TO FILE STATUS REPORTS ON OR BEFORE DECEMBER 15, 2008**<br><br>Date:　　　December 16, 2008<br>Time:　　　10:30 a.m.<br>Courtroom:　7 (SMS) |

　　On October 7, 2008, Miriam Bourdette, Esquire for Plaintiff and Terrence Eglund, Esquire for Defendants appeared by telephone for a trial setting conference. Pursuant to the parties' requests, the trial setting conference is HEREBY CONTINUED to December 16, 2008, at 10:30 a.m. in Courtroom 7. Further, on or before December 15, 2008, the parties SHALL submit status reports by e-mail to smsorders@caed.uscourts.gov.[1]

IT IS SO ORDERED.

Dated:　　October 7, 2008　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The status reports need only inform the Court where the parties are at in terms of discovery and/or settlement negotiations.

1