# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER, | CASE NO. 1:03-cv-05678-SMS PC |
| Plaintiff, | ORDER ON STIPULATIONS TO CONTINUE SETTLEMENT CONFERENCE, TELEPHONIC TRIAL CONFIRMATION HEARING, JURY TRIAL, AND OTHER DATES |
| v. | |
| WACKENHUT CORRECTIONS CORPORATION, et al., | (Docs. 109 and 110) |
| Defendants. | Settlement Conf.: 08/31/2009 at 10:00 a.m. (DLB)<br>Trial Conf. Hearing: 10/14/2009 at 10:30 a.m. (SMS)<br>Jury Trial: 11/16/2009 at 9:00 a.m. (SMS) |

The Court, having considered the Requests and Stipulations by the parties, HEREBY ORDERS THAT the settlement conference, telephonic trial confirmation hearing, jury trial, and other dates set in the January 9, 2009, Scheduling Conference Order be vacated and rescheduled as set forth below:

| | |
|---|---|
| PLAINTIFF'S EXPERT DISCLOSURE: | June 1, 2009 |
| DEFENDANTS' EXPERT DISCLOSURE: | June 22, 2009 |
| DISCOVERY DEADLINE: | August 17, 2009 |
| NON-DISPOSITIVE MOTION FILING DEADLINE: | August 17, 2009 |
| DISPOSITIVE MOTION FILING DEADLINE: | August 31, 2009 |
| SETTLEMENT CONFERENCE: | August 31, 2009, at 10:00 a.m. in Courtroom 9 (DLB) |

///

1

| | |
|---|---|
| TELEPHONIC TRIAL CONFIRMATION HEARING: | October 14, 2009, at 10:30 a.m. in Courtroom 7 (SMS)[1] |
| JURY TRIAL: | November 16, 2009, at 9:00 a.m. in Courtroom 7 (SMS). |

IT IS SO ORDERED.

**Dated:   April 8, 2009**                         /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] October 12, 2009, as set forth in the parties' request and stipulation, is a federal holiday, and October 13, 2009, is unavailable.