IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER, | 1:03-cv-05678-SMS (PC) |
| Plaintiff, | ORDER APPROVING STIPULATION, AND AMENDING SCHEDULING ORDER |
| vs. | (Doc. 116) |
| RAYMOND ANDREWS, et al., | |
| Defendants. | |

The Court, having considered the Request and Stipulation by the parties, HEREBY ORDERS THAT the trial and other dates previously set be vacated and that the following be rescheduled as set forth below:[1]

PLAINTIFF'S EXPERT DISCLOSURE: September 14, 2009;

DEFENDANTS' EXPERT DISCLOSURE: October 5, 2009;

DISCOVERY DEADLINE: December 14, 2009;

NON-DISPOSITIVE MOTION FILING DEADLINE: December 30, 2009;

DISPOSITIVE MOTION FILING DEADLINE: January 13, 2010;

///

---

[1] The Court has changed the settlement conference, telephonic trial confirmation hearing, and jury trial dates proposed by the parties. If those dates conflict with counsels' schedules, they must secure new dates from Courtroom Deputy Harriet Herman at (559) 499-5692 and file a stipulation setting forth the new dates.

1  SETTLEMENT CONFERENCE: December 16, 2009, at 10:00 a.m. in Courtroom 9;
2  (DLB);
3  TELEPHONIC TRIAL CONFIRMATION HEARING: February 3, 2010 at 10:00 a.m.;
4  and
5  JURY TRIAL: March 29, 2010, at 9:00 a.m. in Courtroom 7 (SMS).

7  IT IS SO ORDERED.

8  **Dated:** **June 2, 2009**              /s/ **Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE