DAVID J. COOPER, CSB NO. 047615
WILLIAM A. BRUCE, CSB NO. 091633
DOUGLAS A. GOSLING, CSB NO. 253057
KLEIN, DeNATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  dgosling@kleinlaw.com

Attorneys for Raymond Andrews, Dr. Jonathan Akanno,
Walter Barnes, Janet Sterling, and Barbara Steward

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER,<br><br>    Plaintiff,<br><br>v.<br><br>RAYMOND ANDREWS, et al.,<br><br>    Defendants. | Case No. 1:03-cv-05678-SMS<br>Magistrate Judge:  Sandra M. Snyder<br><br>**STIPULATION FOR RELEASE OF RECORDS;**<br><br>**ORDER** |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES MAGISTRATE JUDGE:

Raymond Andrews, Dr. Jonathan Akanno, Walter Barnes, Janet Sterling, and Barbara Steward (the "Remaining Defendants"), on the one hand, and Plaintiff Frederick Winzer, on the other hand, by and through their respective counsel, stipulate to the release of Winzer's records maintained by specific correctional and rehabilitation departments, and request that the court issue an order authorizing the custodian of records, respective United States' Attorney, or responsible department to release such records as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1. The parties agree to the release of Winzer's records related to his medical care and treatment, psychiatric treatment, and disciplinary record on file at the Federal Correctional Institution at Fort Worth.

2. Medical records may include but are not limited to physician consultations, injury reports, injury complaints from the plaintiff, x-rays and other radiological examinations, optometry, and orthopedic evaluations and treatment.

Dated:  May 12, 2009                    KLEIN, DeNATALE, GOLDNER,
                                        COOPER, ROSENLIEB & KIMBALL, LLP


                                        By /s/ Douglas A. Gosling
                                            WILLIAM A. BRUCE
                                            DOUGLAS A. GOSLING, Attorneys for
                                            the Remaining Defendants


Dated:  May 12, 2009                    BOURDETTE & PARTNERS


                                        By /s/ Philip Bourdette
                                            PHILIP BOURDETTE
                                            Attorneys for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

DAVID J. COOPER, CSB NO. 047615
WILLIAM A. BRUCE, CSB NO. 091633
DOUGLAS A. GOSLING, CSB NO. 253057
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: dgosling@kleinlaw.com

Attorneys for Raymond Andrews, Dr. Jonathan Akanno,
Walter Barnes, Janet Sterling, and Barbara Steward

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAYMOND ANDREWS, et al.,<br><br>　　　　Defendants. | Case No. 1:03-cv-05678-SMS<br>Magistrate Judge: Sandra M. Snyder<br><br>**ORDER AUTHORIZING RELEASE OF RECORDS** |

　　　　Based upon the foregoing Stipulation, it is hereby ordered as follows:

　　　　IT IS ORDERED that the custodian of records, respective United States' Attorney, or responsible department retaining custody or control over the records of Plaintiff Frederick Winzer is ordered to release any and all records related to his medical care and treatment, psychiatric treatment, or disciplinary record pursuant to subpoena or agreement of the parties as described below.

　　　　1.　　The parties agree to the release of Winzer's records related to his medical care and treatment, psychiatric treatment, and disciplinary record on file at the Federal Correctional Institution at Fort Worth.

PDF created with pdfFactory trial version www.pdffactory.com

2. Medical records may include but are not limited to physician consultations, injury reports, injury complaints from the plaintiff, x-rays and other radiological examinations, optometry, and orthopedic evaluations and treatment.

Dated: July 1, 2009         /s/ Sandra M. Snyder
                            UNITED STATES MAGISTRATE JUDGE

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

PDF created with pdfFactory trial version www.pdffactory.com