# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER,<br><br>         Plaintiff,<br><br>   v.<br><br>WACKENHUT CORRECTIONS CORPORATION, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:03-cv-05678-SMS PC<br><br>**ORDER SETTING TELEPHONIC HEARING, AND REQUIRING PLAINTIFF'S APPEARANCE**<br><br>**ORDER REQUESTING THAT FCI FORT WORTH ARRANGE FOR PLAINTIFF'S PARTICIPATION DURING THE HEARING AND PROVIDE PLAINTIFF'S COUNSEL WITH A TELEPHONE NUMBER AT WHICH PLAINTIFF MAY BE REACHED FOR THE CONFERENCE CALL**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AT FCI FORT WORTH, AND TO SERVE COURTESY COPY ON FCI FORT WORTH**<br><br>Date:        October 13, 2009<br>Time:        3:00 p.m.<br>Courtroom:   7 |

Plaintiff Frederick Winzer, a federal prisoner proceeding pro se, filed this civil rights action on May 23, 2003, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). On July 23, 2008, the Court appointed Philip C. Bourdette, Esquire, to represent Plaintiff in this action.

The Court has been informed that the parties reached a settlement agreement, but Plaintiff now wishes to withdraw from that agreement and to have Mr. Bourdette removed as his counsel of record. An immediate hearing on these matters is necessary.

Accordingly, it is HEREBY ORDERED that:

1. This matter is set for a telephonic hearing on Tuesday, October 13, 2009, at 3:00 p.m. PST in Courtroom 7;

2. Plaintiff, in addition to his counsel of record, is required to appear by telephone for the hearing;

3. In advance of the hearing, FCI Fort Worth is requested to provide Plaintiff's counsel with a telephone number at which Plaintiff may be reached for the conference call on October 13, 2009, at 3:00 p.m. PST;[1]

4. Plaintiff's counsel shall arrange a conference call between himself, Plaintiff, and Defendants' counsel, and the call shall be placed to the Court at (559) 499-5690;

5. The Clerk's Office shall serve this order on Plaintiff, Federal ID #07141-085, at FCI Fort Worth, and shall serve a courtesy copy of this order on the institution by facsimile; and

6. The failure of Plaintiff to appear for the hearing may result in the imposition of sanctions deemed appropriate by the Court.

IT IS SO ORDERED.

**Dated:   October 8, 2009**           /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's counsel, Philip C. Bourdette, may be contacted at (559) 625-8425. If staff at FCI Fort Worth have any questions, court staff may be reached at (559) 499-5690.