# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER,<br><br>        Plaintiff,<br><br>    v.<br><br>WACKENHUT CORRECTIONS CORPORATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-cv-05678-SMS PC<br><br>**AMENDED ORDER SETTING TELEPHONIC HEARING, AND REQUIRING PLAINTIFF'S APPEARANCE**<br><br>**ORDER REQUESTING THAT FCI FORT WORTH ARRANGE FOR PLAINTIFF'S PARTICIPATION DURING THE HEARING AND PROVIDE PLAINTIFF'S COUNSEL WITH A TELEPHONE NUMBER AT WHICH PLAINTIFF MAY BE REACHED FOR THE CONFERENCE CALL**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AT FCI FORT WORTH, AND TO SERVE COURTESY COPY ON FCI FORT WORTH**<br><br>Date:      October 15, 2009<br>Time:     11:00 a.m.<br>Courtroom:  7 |

    Plaintiff Frederick Winzer, a federal prisoner proceeding pro se, filed this civil rights action on May 23, 2003, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). On July 23, 2008, the Court appointed Philip C. Bourdette, Esquire, to represent Plaintiff in this action.

    The Court has been informed that the parties reached a settlement agreement, but Plaintiff now wishes to withdraw from that agreement and to have Mr. Bourdette removed as his counsel of record. An immediate hearing on these matters is necessary.

1

Accordingly, it is HEREBY ORDERED that:

1. This matter is set for a telephonic hearing on Thursday, October 15, 2009, at 11:00 a.m. PST in Courtroom 7;

2. Plaintiff, in addition to his counsel of record, is required to appear by telephone for the hearing;

3. In advance of the hearing, FCI Fort Worth is requested to provide Plaintiff's counsel with a telephone number at which Plaintiff may be reached for the conference call on October 15, 2009, at 11:00 a.m. PST;[1]

4. Plaintiff's counsel shall arrange a conference call between himself, Plaintiff, and Defendants' counsel, and the call shall be placed to the Court at (559) 499-5690;

5. The Clerk's Office shall serve this order on Plaintiff, Federal ID #07141-085, at FCI Fort Worth, and shall serve a courtesy copy of this order on the institution by facsimile at (817) 413-3350; and

6. The failure of Plaintiff to appear for the hearing may result in the imposition of sanctions deemed appropriate by the Court.

IT IS SO ORDERED.

**Dated:   October 8, 2009**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's counsel, Philip C. Bourdette, may be contacted at (559) 625-8425. If staff at FCI Fort Worth have any questions, court staff may be reached at (559) 499-5690.

2