# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER, | CASE NO. 1:03-cv-05678-SMS PC |
| Plaintiff, | ORDER FOLLOWING TELEPHONIC STATUS HEARING HELD ON OCTOBER 15, 2009, AT 11:00 A.M. |
| v. | |
| RAYMOND ANDREWS, et al., | |
| Defendants. | |

This is a civil rights action filed on May 23, 2003, pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) by Plaintiff Frederick Winzer, a federal prisoner proceeding pro se. On October 15, 2009, at 11:00 a.m., the Court held a telephonic status conference following notice to the Court that the parties reached a settlement agreement, but Plaintiff wishes to withdraw from that agreement and to have Phillip Bourdette removed as his counsel of record.

Plaintiff, Mr. Bourdette, and Defendants' counsel, Douglas Gosling, appeared by telephone, and Mr. Gosling was subsequently excused to allow the Court to speak candidly with Plaintiff and Mr. Bourdette regarding the issues that had arisen. As a result of the discussion, Plaintiff and Mr. Bourdette agreed that Plaintiff would contact Mr. Bourdette by telephone on October 16, 2009, at 9:00 a.m. The Court requests that Mr. Bourdette notify Mr. Gosling as soon as practicable regarding Plaintiff's decision on the pending settlement offer and/or Plaintiff's current position on the status of these proceedings.

///

1  The parties are reminded that the amended scheduling order filed on June 2, 2009, remains
2  in effect until and unless the Court receives notice that this case has settled.
3
4  IT IS SO ORDERED.
5  **Dated:**   **October 16, 2009**               /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE

2