# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WINZER, | CASE NO. 1:03-cv-05678-SMS PC |
|     Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION |
|     v. | |
| RAYMOND ANDREWS, et al., | (Doc. 125) |
|     Defendants. | |

On November 9, 2009, the parties filed a stipulation to dismiss this action, with prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is HEREBY ORDERED DISMISSED, with prejudice. All parties shall bear their own costs and fees.

IT IS SO ORDERED.

**Dated:   November 10, 2009**        /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE